UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 18-20121-CIV-COOKE/GOODMAN

GEORGE SERBAN,

    Plaintiff,

v.

CG RYC, LLC, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW

Attorneys Beshoy Rizk, Margaret T. Lai, and Roberto Zarco, and the law firm of Zarco, Einhorn, Salkowski & Brito, PA, move to withdraw as counsel for Plaintiff. [ECF No. 25]. The Undersigned **grants** the motion but requires the following:

Within **30 days** from the date of this Order, any substitute counsel for Plaintiff must file a notice of appearance. If Plaintiff wishes to proceed *pro se*, then he must file a notice of his intent to do so within the same deadline.

The Zarco firm must serve a copy of this Order on Plaintiff by email and traditional mail within one business day of this Order. Then, within two days of service, the Zarco firm must file on CM/ECF an affidavit of compliance, detailing when service was effectuated and how.

In the interim, the Clerk of Court is instructed to serve all papers on Plaintiff at the address provided by withdrawing counsel. [ECF No. 25, p. 5].

The Court, however, notes that Defendants have filed a motion for sanctions against Plaintiff's current attorneys and law firm (but not against Plaintiff himself). [ECF No. 22]. The Order granting the motion to withdraw has no effect on the sanctions motion, which is still pending.

Thus, to ensure that the law firm and its attorneys are updated on filings in this case concerning the sanctions motion filed against them after they have been permitted to withdraw, the law firm must file a notice of appearance on behalf of itself and its attorneys within three days of entry of this Order. That way, the Clerk's Office will continue to electronically forward orders and submissions to Plaintiff's counsel.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on April 12, 2018.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
The Honorable Marcia G. Cooke
All Counsel of Record