UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 18-20121-CIV-COOKE/GOODMAN

GEORGE SERBAN,

    Plaintiff,

v.

CG RYC, LLC, CG MIAMI RIVER LLC,
FOOD AND LEVERAGE, LLC,
STEPHANE DUPOUX, and
MEYER CHETRIT,

    Defendants.
_____/

## NOTICE OF FILING DECLARATION

The undersigned law firm hereby files the declaration of Margaret T. Lai, attached as Exhibit 1, pursuant to the Court's May 17, 2018 Order Directing Withdrawn Counsel to Certify Plaintiff's Last Known Address and Email [DE 36].

Dated: May 18, 2018.

                                          Respectfully submitted,
                                          **ZARCO EINHORN SALKOWSKI & BRITO, P.A.**
                                          One Biscayne Tower
                                          2 S. Biscayne Blvd., 34th Floor
                                          Miami, Florida 33131
                                          Telephone: (305) 374-5418
                                          Facsimile: (305) 374-5428

                                          By: /s/ Robert Zarco
                                                **ROBERT ZARCO (FBN 502138)**
                                                E-mail: rzarco@zarcolaw.com
                                                **BESHOY RIZK (FBN 93808)**
                                                E-mail: brizk@zarcolaw.com
                                                **MARGARET T. LAI (FBN 0074395)**
                                                E-mail: mlai@zarcolaw.com
                                                Secondary E-mail: mguedes@zarcolaw.com
                                                Secondary E-mail: eservice@zarcolaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via the Court's CM/ECF system on this 18th day of May, 2018.

By: /s/ Robert Zarco
Robert Zarco